DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 15-51150 SLJ
STEPHEN WARREN SMITH )
)
BLANCA DELIA SMITH )
             Debtors )

**TRUSTEE'S STATEMENT OF NON-READINESS FOR CONFIRMATION**

    The above case is not ready for confirmation based on outstanding objections to confirmation of the plan or other deficiencies, such as a default on Chapter 13 plan payments. At the scheduled confirmation hearing, the case will be taken off calendar and placed on the Trustee's Pending List ("TPL"), subject to being restored to the confirmation calendar.

Dated: June 02, 2015                      /s/ DEVIN DERHAM-BURK
                                          DEVIN DERHAM-BURK, TRUSTEE